IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EDWARD ROBINSON, et al.** | * | |
| Petitioner | * | CIVIL NO. JKB-13-2005 |
| v. | * | CRIMINAL NO. JKB-11-0491 |
| **UNITED STATES OF AMERICA** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The Court has carefully reviewed Mr. Robinson's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (See ECF No.s 144, 155, 167). The Court has also carefully reviewed the Government's Memorandum in Opposition (ECF No. 164).

For the reasons set out in the Government's Memorandum, the Court finds Mr. Robinson's Motion to be completely without merit.

Accordingly, Mr. Robinson's Motion to Vacate Sentence Pursuant to U.S.C. § 2255 (ECF No.s 144, 155, 167) will be DENIED by separate order which follows.

DATED this 15 day of January, 2014.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge